# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

In re: ANACORITA BROWN

Debtor(s).

Bankruptcy No.:11-12468-btb
Chapter 7

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEES**

Hearing Date: April 19, 2011
Hearing Time: 9:30 a.m.

On <u>2/24/2011</u>, the above-named debtor filed a Voluntary Petition. The Voluntary Petition was not accompanied by the filing fee or an Application to Pay Filing Fee in Installments, pursuant to Fed. R. Bankr. P. 1006 and Local Rule 1006. The debtor is delinquent in the amount of $ <u>**299.00**</u> ; therefore,

**IT IS ORDERED** that the debtor and/or attorney for the debtor in the above-entitled case is directed to appear and show cause why this case should not be dismissed for failure to pay filing fees in accordance with Fed. R. Bankr. P. 1017(b).

The hearing will be held before a United States Bankruptcy Judge, on the <u>19</u> day of <u>April</u>, 2011 at the hour of <u>9:30 a.m.</u>, in Courtroom No. <u>4</u> of the Foley Federal Building and U.S. Courthouse, 3rd Floor, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

DATE: March 7, 2011                                MARY A. SCHOTT, CLERK

<u>Karina Magallanes</u>
Bankruptcy Deputy Clerk

Copies mailed through BNC to all parties

###